# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Sandra L. Preston

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Novartis Pharmaceuticals Corporation

**07 CV 2962**

TO: (Name and address of defendant)

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, New Jersey  07936-1080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York  10175

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                                          APR 12 2007

_____                                         _____
CLERK                                                                                    DATE

_____
(BY) DEPUTY CLERK

| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: **SUMMONS AND COMPLAINT** | |
| EFFECTED (1) BY ME: **PASCAL KUVALAKIS** | |
| TITLE: **PROCESS SERVER** | DATE: **04/18/2007  02:45PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

NOVARTIS PHARMACEUTICALS CORPORATION

Place where served:

ONE HEALTH PLAZA   EAST HANOVER TWP. NJ 07936

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MAT  GARRISON  ESQ.

Relationship to defendant: ATTORNEY

Description of person accepting service:

SEX: M_  AGE: 36-50_  HEIGHT: OVER 6'_  WEIGHT: 161-200 LBS._  SKIN: WHITE_  HAIR: BLACK_  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04/18/2007       _____ L.S.
SIGNATURE OF PASCAL KUVALAKIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

04/18/07

JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2007

ATTORNEY: RSSEL H. BEATIE, ESQ.
PLAINTIFF: SANDRA L. PRESTON
DEFENDANT: NOVARTIS PHARMACEUTICALS CORPORATION
VENUE: DISTRICT OF NY
DOCKET: 07 CV 2962

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.